UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| W. BYRON MITCHELL, JR. and NANCY L. MITCHELL, individuals,,<br><br>Plaintiffs,<br><br>v.<br><br>TOTAL WEALTH MANAGEMENT INC., a California corporation, et al.,<br><br>Defendants. | Case No.: 3:14-cv-01552-GPC-JLB<br><br>**ORDER EXTENDING STAY AND DIRECTING PARTIES TO FILE JOINT STATUS REPORT ON OR BY DECEMBER 28, 2018** |

On September 21, 2015, the Court stayed this case in its entirety pending the resolution of the related case *Securities and Exchange Commission v. Total Wealth Management*, Case No. 3:15-cv-00226-BAS-DHB (the "Receivership Action"). (Dkt. No. 65.) The parties submitted a joint status report informing the Court of the status of the Receivership Action. (Dkt. No. 77.) The Court **EXTENDS** the stay and **DIRECTS** the parties to file another joint status report on or by December 28, 2018. The parties' status report should be no longer than five pages.

**IT IS SO ORDERED**.

Dated: June 28, 2018

Hon. Gonzalo P. Curiel
United States District Judge